NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MODERN FONT APPLICATIONS LLC,**

*Plaintiff-Appellant*

**v.**

**PEAK RESTAURANT PARTNERS, LLC, DINE BRAND GLOBAL, INC.,**

*Defendants-Appellees*

---

2020-2278

---

Appeal from the United States District Court for the District of Utah in No. 2:19-cv-00221-TS-DBP, Senior Judge Ted Stewart.

---

**JUDGMENT**

---

PERRY S. CLEGG, Johnson & Martin, P.A., Salt Lake City, UT, argued for plaintiff-appellant.

RICARDO BONILLA, Fish & Richardson P.C., Dallas, TX, argued for defendants-appellees. Also represented by NEIL J. MCNABNAY, MICHAEL VINCENT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 10, 2022          /s/ Peter R. Marksteiner
Date                        Peter R. Marksteiner
                              Clerk of Court